IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
20-JP-1-M

| | |
|---|---|
| USE OF CHARTS, GRAPHS & ELECTRONIC ) <br> VISUAL MATERIALS DURING OPENING ) <br> STATEMENTS & CLOSING ARGUMENTS ) <br> IN JURY TRIALS ) | ORDER |

Effective January 30, 2020, in all civil and criminal jury trials conducted before U.S. District Judge Richard E. Myers II, display of printed or electronic visual materials during opening statements and/or closing arguments will be permitted only if such exhibits either (i) have been admitted into evidence as substantive or demonstrative exhibits, or (ii) are the subject of stipulation on the record by the parties after having had a reasonable opportunity to review them.

Exceptions to this requirement will be considered only upon motion and after an opportunity for comment by opposing counsel.

SO ORDERED this the 30th day of January, 2020

*Richard E. Myers II*
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE